No. 1198. WEST VIRGINIA EX REL. BATTLE, STATE TAX COMMISSIONER *v.* BALTIMORE & OHIO RAILROAD CO. Sup. Ct. App. W. Va. Certiorari denied. *C. Donald Robertson*, Attorney General of West Virginia, and *Jack M. McCarty*, Assistant Attorney General, for petitioner. *Kenneth H. Ekin, Richard Allen, Paul F. Mickey* and *George B. Mickum III* for respondent.

No. 1210. MASSEY-FERGUSON, INC. *v.* GLESSNER, TRUSTEE IN BANKRUPTCY. C. A. 9th Cir. Certiorari denied. *James S. Riggs* for petitioner. *Clague A. Van Slyke* for respondent.

No. 1229. McCARTHY *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. *L. Pat McGrath* for petitioner. *Robert W. Duggan* for respondent.

No. 1230. DISTRICT OF COLUMBIA *v.* EQUITABLE LIFE INSURANCE CO. C. A. D. C. Cir. Certiorari denied. *Milton D. Korman, Henry E. Wixon* and *Gordon M. Van Sanford* for petitioner. *Andrew T. Altmann* for respondent.

No. 1233. DUVALL MANOR, INC. *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Carl L. Shipley* for petitioner. *Solicitor General Marshall, Assistant Attorney General Weisl* and *Roger P. Marquis* for the United States.

No. 1236. SIEGEL *v.* NEW YORK ET AL. Ct. App. N. Y. Certiorari denied. *Matthew H. Brandenburg* and *Abraham Glasser* for petitioner. *Frank S. Hogan, H. Richard Uviller* and *Malvina H. Guggenheim* for respondents.